1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  SERVANDO SANCHEZ GARCIA

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) | NO. CR-S-12-262 WBS |
|---|---|---|---|
| 12 | Plaintiff, | ) | |
| 13 | v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| 14 | | ) | |
| 15 | SERVANDO SANCHEZ GARCIA, | ) | Date:  October 22, 2012 |
|    |                          | ) | Time:  9:30 a.m. |
| 16 | Defendant. | ) | Judge: William B. Shubb |

17     It is hereby stipulated and agreed to by and between the United States of America, through Samuel

18 Wong, Assistant U.S. Attorney, and defendant, SERVANDO SANCHEZ GARCIA, by and through his

19 counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of Monday,

20 September 17, 2012, be continued to Monday, October 22, 2012, at 9:30 a.m.

21     The reason for this continuance is because defense counsel needs additional for defense preparation,

22 and to visit the defendant at the Sacramento County Jail with the office interpreter.

23     It is further stipulated that the Court should exclude from computation of time within which the trial

24 of this case must be commenced under the Speedy Trial Act time from the date of this stipulation, September

25 14, 2012, through and including October 22, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv)

26 [reasonable time to prepare] and Local Code T4.

27 / / /

28 / / /

1    The parties further stipulate and agree that the Court should find that the ends of justice to be served
2    in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of
3    the public and the defendant to a speedy trial.

4    Dated: September 14, 2012                    Respectfully submitted,

5                                                 DANIEL J. BRODERICK
                                                  Federal Defender

                                                  /s/ Matthew C. Bockmon
7                                                 MATTHEW C. BOCKMON
                                                  Assistant Federal Defender
8                                                 Attorney for Defendant
                                                  SERVANDO SANCHEZ GARCIA

10   Dated: September 14, 2012                    BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  /s/ Matthew C. Bockmon for
12                                                SAMUEL WONG
                                                  Assistant U.S. Attorney
13                                                Attorney for Plaintiff

14                                              **O R D E R**

15   Based on the reasons set forth in the stipulation of the parties filed on September 14, 2012, and good
16   cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY
17   ORDERED that the status conference currently scheduled for Monday, September 17, 2012, be vacated, and
18   that the case be set for **Monday, October 22, 2012, at 9:30 a.m.**  The Court finds that the ends of justice to
19   be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy
20   trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 14, 2012,
21   stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is
22   excluded during the time period of September 14, 2012, through and including October 22, 2012, pursuant
23   to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with
24   the reasonable time to prepare taking into account due diligence.

25   Dated: September 14, 2012

                                                  WILLIAM B. SHUBB
                                                  UNITED STATES DISTRICT JUDGE