1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  SERVANDO SANCHEZ GARCIA

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   NO. CR-S-12-262 WBS
                                      )
12 |         Plaintiff,                )
                                      )   **STIPULATION AND [PROPOSED] ORDER
13 |    v.                            )   TO CONTINUE STATUS CONFERENCE AND
                                      )   TO EXCLUDE TIME**
14 |                                  )
   | SERVANDO SANCHEZ GARCIA,         )   Date:  November 26, 2012
15 |                                  )   Time:  9:30 a.m.
   |         Defendant.               )   Judge: William B. Shubb
16 | _____  )

17         It is hereby stipulated and agreed to by and between the United States of America, through Samuel

18 Wong, Assistant U.S. Attorney, and defendant, SERVANDO SANCHEZ GARCIA, by and through his

19 counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of Monday,

20 October 22, 2012, be continued to Monday, November 26, 2012, at 9:30 a.m.

21         The reason for this continuance is because defense counsel needs additional time for defense

22 preparation, and to visit the defendant at the Sacramento County Jail with the office interpreter.

23         It is further stipulated that the Court should exclude from computation of time within which the trial

24 of this case must be commenced under the Speedy Trial Act time from the date of this stipulation, October

25 16, 2012, through and including November 26, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv)

26 [reasonable time to prepare] and Local Code T4.

27 / / /

28 / / /

The parties further stipulate and agree that the Court should find that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

Dated:  October 16, 2012                    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
SERVANDO SANCHEZ GARCIA

Dated:  October 16, 2012                    BENJAMIN B. WAGNER
United States Attorney

 /s/ Matthew C. Bockmon for
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on October 16, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently scheduled for Monday, October 22, 2012, be vacated, and that the case be set for **Monday, November 26, 2012, at 9:30 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 16, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of October 16, 2012, through and including November 26, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated:   October 16, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE