DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SERVANDO SANCHEZ GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-12-262 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| SERVANDO SANCHEZ GARCIA, | Date: January 14, 2013 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: William B. Shubb |

It is hereby stipulated and agreed to by and between the United States of America, through Samuel Wong, Assistant U.S. Attorney, and defendant, SERVANDO SANCHEZ GARCIA, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of Monday, November 26, 2012, be continued to Monday, January 14, 2013, at 9:30 a.m.

The reason for this continuance is because defense counsel needs additional time for defense preparation, and to visit the defendant at the Sacramento County Jail with the office interpreter.

It is further stipulated that the Court should exclude from computation of time within which the trial of this case must be commenced under the Speedy Trial Act time from the date of this stipulation, November 19, 2012, through and including January 14, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4.

/ / /

/ / /

1   The parties further stipulate and agree that the Court should find that the ends of justice to be served
2   in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of
3   the public and the defendant to a speedy trial.

4   Dated:  November 19, 2012                    Respectfully submitted,

5                                                DANIEL J. BRODERICK
                                                 Federal Defender
6
                                                  /s/ Matthew C. Bockmon
7                                                MATTHEW C. BOCKMON
                                                 Assistant Federal Defender
8                                                Attorney for Defendant
                                                 SERVANDO SANCHEZ GARCIA
9

10  Dated:  November 19, 2012                    BENJAMIN B. WAGNER
                                                 United States Attorney
11
                                                  /s/ Matthew C. Bockmon for
12                                               SAMUEL WONG
                                                 Assistant U.S. Attorney
13                                               Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                2

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on November 19, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently scheduled for Monday, November 26, 2012, be vacated, and that the case be set for **Monday, January 14, 2013, at 9:30 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' November 19, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of November 19, 2012, through and including January 14, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated:   November 20, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3