BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>SERVANDO SANCHEZ GARCIA,<br><br>        Defendant. | CASE NO. 2:12-CR-262 WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Court: Hon. William B. Shubb<br>Date: March 25, 2013<br>Time: 9:30 a.m. |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Servando Sanchez Garcia, on the other hand, through their respective attorneys, that:

    (1) the presently set March 25, 2013, status conference shall be continued to April 29, 2013, at 9:30 a.m.; and (2) time from the date of the parties' stipulation, March 21, 2013, through, and including, April 29, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local

1   Codes T4 (reasonable time for defense counsel to prepare).
2   The parties stipulate and agree that the United States has
3 produced discovery to defense counsel and defense counsel needs
4 additional time to review the discovery, investigate the facts,
5 conduct legal research regarding possible defenses, and confer
6 with his client regarding these matters.  The task of conferring
7 with the client is made more difficult due to the need to use a
8 Spanish/English language interpreter to conduct communications
9 between defense counsel and client.
10   Based on these facts, the parties stipulate and agree that
11 the Court shall find:  (1) the trial delay and exclusion of time
12 requested herein is necessary to provide defense counsel
13 reasonable time to prepare defendant's defense taking into
14 account due diligence; and (2) the ends of justice to be served
15 by granting the requested continuance outweigh the best interests
16 of the public and defendant in a speedy trial.

17 Dated:  March 21, 2013              /s/ Matthew Bockmon
18                                     _____
                                       MATTHEW BOCKMON
                                       Attorney for Defendant
19                                     Servando Sanchez Garcia
                                       (per telephone authorization)
20

21 Dated:  March 21, 2013              BENJAMIN B. WAGNER
                                       UNITED STATES ATTORNEY
22
                                            /s/ Samuel Wong
23                                     By:  _____
                                       SAMUEL WONG
24                                     Assistant U.S. Attorney
25
26
27
28

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, March 21, 2013, to and including the new April 29, 2013, status conference hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the presently set March 25, 2013, status conference shall be continued to April 29, 2013, at 9:30 a.m.

Dated: March 22, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE