HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SERVANDO SANCHEZ GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> SERVANDO SANCHEZ GARCIA, <br> Defendant. | NO. CR. S-12-262 TLN <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** <br><br> Date:  August 1, 2013 <br> Time:  9:30 a.m. <br> Judge:  Troy L. Nunley |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Servando Sanchez Garcia, on the other hand, through their respective attorneys, that the presently set May 30, 2013, status conference shall be continued to August 1, 2013, at 9:30 a.m. and time from the date of the parties' stipulation, May 24, 2013, through, and including, August 1, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv) and Local Codes T4 (reasonable time for defense counsel to prepare). The parties stipulate and agree that the United States has produced discovery to defense counsel and defense counsel needs additional time to review the discovery, investigate the facts, conduct legal research regarding possible defenses, and confer with his client regarding these matters. The parties have discussed settlement of the case, however, more time is needed to reduce their settlement discussions into a formal written plea agreement. These matters are made more difficult and require more time because defendant is a Spanish speaker and communications between

defense counsel and defendant must be conducted through a Spanish/English interpreter.  Based on these facts, the parties stipulate and agree that the Court shall find: (1) the trial delay and exclusion of time requested herein is necessary to provide defense counsel reasonable time to prepare defendant's defense taking into account due diligence; and (2) the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated:  May 28, 2013                            Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                 /s/ Matthew C. Bockmon
                                                MATTHEW C. BOCKMON
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                SERVANDO SANCHEZ GARCIA

Dated:  May 28, 2013                            BENJAMIN B. WAGNER
                                                United States Attorney

                                                 /s/ Matthew C. Bockmon for
                                                SAMUEL WONG
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on May 28, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, May 30, 2013, be vacated, and that the case be set for **Thursday, August 1, 2013, at 9:30 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 28, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded

during the time period of May 28, 2013, through and including August 1, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: May 30, 2013

                                            Troy L. Nunley
                                            United States District Judge