1    HEATHER E. WILLIAMS, Bar #122664
     Federal Defender
2    MATTHEW C. BOCKMON, Bar # 161566
     Assistant Federal Defender
3    Designated Counsel for Service
     801 I Street, 3rd Floor
4    Sacramento, California  95814
     Telephone: (916) 498-5700
5
     Attorney for Defendant
6    SERVANDO SANCHEZ GARCIA

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,           )   NO. CR. S-12-262 TLN
                                         )
12            Plaintiff,                  )   **STIPULATION AND ORDER TO CONTINUE**
                                         )   **STATUS CONFERENCE AND TO EXCLUDE**
13       v.                               )   **TIME**
                                         )
14                                       )   Date:   September 12, 2013
     SERVANDO SANCHEZ GARCIA,            )   Time:   9:30 a.m.
15                                       )   Judge:  Troy L. Nunley
              Defendant.                  )
16   _____)

17          It is hereby stipulated and agreed by and between plaintiff United States of America, on the one

18   hand, and defendant Servando Sanchez Garcia, on the other hand, through their respective attorneys, that

19   the presently set August 1, 2013, status conference shall be continued to September 12, 2013, at 9:30 a.m.

20   and time from the date of the parties' stipulation, July 30, 2013, through, and including, September 12,

21   2013, shall be excluded from computation of time within which the trial of this matter must be

22   commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv) and Local

23   Codes T4 (reasonable time for defense counsel to prepare). The parties stipulate and agree that the United

24   States has produced discovery to defense counsel and defense counsel needs additional time to review the

25   discovery, investigate the facts, conduct legal research regarding possible defenses, and confer with his

26   client regarding these matters. The parties have discussed settlement of the case, however, more time is

27   needed to reduce their settlement discussions into a formal written plea agreement. Based on these facts,

28   the parties stipulate and agree that the Court shall find: (1) the trial delay and exclusion of time requested

1 | herein is necessary to provide defense counsel reasonable time to prepare defendant's defense taking into

2 | account due diligence; and (2) the ends of justice to be served by granting the requested continuance

3 | outweigh the best interests of the public and defendant in a speedy trial.

4 | Dated:  July 30, 2013                    Respectfully submitted,

5 |                                          HEATHER E. WILLIAMS
                                             Federal Defender

6 |
                                             /s/ Matthew C. Bockmon
7 |                                          MATTHEW C. BOCKMON
                                             Assistant Federal Defender
8 |                                          Attorney for Defendant
                                             SERVANDO SANCHEZ GARCIA
9 |

10 | Dated:  July 30, 2013                   BENJAMIN B. WAGNER
                                             United States Attorney

11 |
                                             /s/ Matthew C. Bockmon for
12 |                                         SAMUEL WONG
                                             Assistant U.S. Attorney
13 |                                         Attorney for Plaintiff

14 |                                **O R D E R**

15 |        Based on the reasons set forth in the stipulation of the parties filed on July 30, 2013, and good cause

16 | appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED

17 | that the status conference currently scheduled for Thursday, August 1, 2013, be vacated, and that the case be

18 | set for **Thursday, September 12, 2013, at 9:30 a.m.**  The Court finds that the ends of justice to be served by

19 | granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

20 | Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 30, 2013, stipulation,

21 | the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded

22 | during the time period of July 30, 2013, through and including September 12, 2013, pursuant to 18 U.S.C.

23 | §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable

24 | time to prepare taking into account due diligence.

25 |
    Dated:      July 31, 2013
26 |

27 |                                         _____
                                             Troy L. Nunley
28 |                                         United States District Judge

2